**Memorandum Opinion filed June 13, 2019 Withdrawn, Appeal Reinstated, and Order filed June 25, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00217-CV
_____

## IN THE INTEREST OF J.M.C. AND R.T.C.

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2018-26598**

## ORDER

On June 13, 2019, this court issued an opinion dismissing this appeal for want of prosecution because appellant had not made payment arrangements for the clerk's record. After this court's opinion issued, the district clerk filed the clerk's record with this court.

This court's opinion filed June 13, 2019 is withdrawn, and our judgment of that date is vacated. The appeal is ordered reinstated.

According to the clerk's record, the judgment appellant seeks to appeal was signed by an associate judge. This court has jurisdiction to consider an appeal from a final order rendered under the Family Code. *See* Tex. Fam. Code Ann. § 109.002(b). Associate judges do not have the power to render final judgment outside the context of certain limited exceptions listed in section 201.007 of the Family Code. *See* Tex. Fam. Code Ann. § 201.007(a)(14) (listing orders that associate judges may render and sign). The record filed with court does not reflect any of the exceptions listed in section 201.007.

The appeal will be dismissed for want of jurisdiction unless any party files a response within ten days of the date of this order, showing meritorious grounds for continuing the appeal.

PER CURIAM

Panel Consists of Justices Christopher, Bourliot, and Zimmerer.